# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. CR-19-118-SLP |
| | ) | |
| ALANNA JEAN ORR, | ) | |
| | ) | |
| Defendant. | ) | |

## MINUTE SHEET OF PROCEEDINGS
## VIDEO TELECONFERENCE SENTENCING HEARING

| **Honorable Scott L. Palk, Presiding** | Marcia J. Davis, Deputy Clerk |
|---|---|
| Cassy Kerr, Reporter | U.S. Probation Officer Patricia Rivera |
| Interpreter – N/A | Date proceedings held: 6/11/20 @ 1:30 p.m.<br>Time in court: 3.5 Hours<br>Courtroom No. 304 |

| Appearance for Government: Mark R. Stoneman and Mary E. Walters | Appearance for Defendant: Susan M. Otto and Kyle E. Wackenheim |
|---|---|

**HEARING CONCLUDED**: ☒ Yes; ☐ No;

**Hearing Type:** ☒ Sentencing Hearing – Contested; ☐ Sentencing Hearing – Non Evidentiary;

**Held on count(s)** _____1_____ of the _____single_____ count:

☒ Indictment; ☐ Information; ☐ Superseding Indictment; ☐ Second Superseding Information filed: 4/17/19

**Applicable Proceedings**:

| ☒ Sentencing held | ☒ Objections to the PSR heard | ☐ Plea Agreement accepted | ☐ Plea Agreement NOT accepted |
|---|---|---|---|
| ☒ Sentencing Guidelines | ☐ Downward Variance | ☐ Upward Departure | ☐ Settled/Guilty Plea |
| ☒ Witness Testimony heard | ☐ Evidence Entered | ☐ Other | |

**SENTENCING TEXT**:

☐ Defendant sentenced to a term of **PROBATION** for: _____ months;
☒ Defendant sentenced to a term of **IMPRISONMENT** to the Bureau of Prisons for a term of: _____210 months_____;
☐ Counts _____ to run ☐ concurrently; to run ☐ consecutively;
☒ Defendant placed on a term of **SUPERVISED RELEASE** for a term of _____3 years_____;
☐ Counts _____ to run ☐ concurrently; ☐ consecutive to each other;
☐ Additional **special conditions** imposed *(See judgment and commitment order for specifics)*;

**CRIMINAL MONETARY PENALTIES**:
- ☒ **Restitution** is ordered in the amount of: $ 3,877.31 ;
  - ☐ to be paid in installments ☒ due immediately;
- ☐ **Fine** imposed in the amount of $ ;
  - ☐ to be paid in installments ☐ due immediately;
- ☐ **JVTA Assessment** imposed in the amount of $ ;
  - ☐ to be paid in installments ☐ due immediately;
- ☒ $100.00 Special Assessment due immediately;

**Government motions**:
- ☐ Count(s) _____ dismissed on motion by the government;
- ☐ Order dismissing original indictment/information entered upon motion of the government;

**Custody Status**:
- ☐ Defendant ordered to surrender to the USMS or the designated institution by noon on ____;
- ☐ Defendant failed to appear, Bench Warrant issued;
- ☐ **Bond** ☐ **Continued**; ☐ **Revoked**;
- ☐ **Custody/Detention continued**;
- ☒ Defendant **REMANDED** to the Custody of the U.S. Marshal pending service of sentence;
- ☒ Court **recommends** incarceration at   Nearest medical center   ;
- ☐ Other recommendations by the court ____ ;

**Appeal status**:
- ☒ Defendant advised of their right to appeal;
- ☐ Defendant requests Clerk to enter notice of appeal;

---

*Other proceedings*:   See judgment and commitment order for sentencing specifics;   Court Adjourned.

*Revised minute-sentencing-January, 2017*